

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2026

No. 04-25-00816-CV

**IN RE** John **SOPUCH**, Connor Nash, and James S. Bell

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
Lori Massey Brissette, Justice
Velia J. Meza, Justice

Relators filed their petition for writ of mandamus on December 16, 2025, and an emergency motion for stay on December 17, 2025. Relators challenge a sanctions order issued on July 28, 2025. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Having considered the petition, the motion, and the accompanying record, this court concludes relator did not show it is entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The emergency motion for stay is **DENIED AS MOOT**.

It is so **ORDERED** on January 14, 2026.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2026.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. DC-25-34, styled *Antonio E. Mercado and Nancy L. Mercado v. Epic Crude Pipeline, LP, et al*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Baldemar Garza presiding.